CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 12 2019

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 7:19-CV-325 |
| BRESEE TRUCKING COMPANY, INC., | ) |
| Defendant. | ) By: Michael F. Urbanski<br>) Chief United States District Judge |

## ORDER

Plaintiff the United States of America and defendant Bresee Trucking Company, Inc. filed a joint motion to transfer divisions. ECF No. 10. Upon consideration of the motion, and finding a transfer proper, it is **ORDERED** that this case is transferred from the Roanoke Division of the Western District of Virginia to the Big Stone Gap Division of the Western District of Virginia. It is also **ORDERED** that this case is reassigned to the docket of United States District Judge James Jones for all further action and proceedings.

It is **SO ORDERED**.

ENTERED: 08-09-2019

/s/ Michael F. Urbanski
Michael F. Urbanski
Chief United States District Judge